[No. 16302–7–I. Division One. September 3, 1985.]

HARLEY H. HOPPE, ET AL, *Respondents,* v. THE
HEARST CORPORATION, ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–15210–9, Francis E. Holman, J., entered

March 15, 1985. *Reversed* and *remanded* by unpublished per curiam opinion.